IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KENNETH JAMES MERIWETHER**, Plaintiff, | ) ) ) |
| vs. | ) No.  3:15-CV-862-N-BH ) |
| **ABC TRAINING/SAFETY COUNCIL TEXAS GULF COAST CHAPTER**, Defendant. | ) ) ) ) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, by separate judgment, all claims against defendant will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted.

**SIGNED** this 18th day of November, 2016.

_____
**UNITED STATES DISTRICT JUDGE**